AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 24 CR 537 |
| Brian Cordasco | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Brian Cordasco.

Date: 9/16/2024

*Frank Rothman*
*Attorney's signature*

Franklin A. Rothman  FR9553
*Printed name and bar number*

Rothman, Schneider, Soloway & Stern, LLP
100 Lafayette Street, Suite 501
New York, New York 10013

*Address*

dstern@rssslaw.com
*E-mail address*

(212) 571-5500
*Telephone number*

(212) 571-5507
*FAX number*