```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA,                                          :
                                                                   :
            -v-                                                    :    24-CR-537-1 (LJL)
                                                                   :
ANTHONY SACCAVINO,                                                 :    ORDER
                                                                   :
                        Defendant.                                 :
                                                                   :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The motion of defendant Anthony Saccavino to file additional exhibits to his sentencing submission under seal is granted and the supplemental submission may be filed under seal.

SO ORDERED.

Dated: May 9, 2025
       New York, New York
                                              _____
                                              LEWIS J. LIMAN
                                              United States District Judge